# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Crim. No. 16-340 (MJD/BRT) |
| Plaintiff, | |
| v. | **ORDER** |
| Okwuchukwu Emmanuel Jidoefor (4), | |
| Defendant. | |

This matter is before the Court on Kenneth Udoibok's Motion to Withdraw as counsel for Defendant Okwuchukwu Emmanuel Jidoefor. (Doc. No. 565.) Mr. Udoibok seeks to withdraw due to a breakdown in the attorney-client relationship. The Court held a hearing on April 7, 2021 via videoconference. The Government opposes the motion. The Court conducted an ex parte hearing with Defendant and his counsel. As stated on the record at the hearing, finds that there is a complete breakdown in the relationship between defense counsel and Defendant, warranting substitution of counsel. The Court did not find that defense counsel's representation of Defendant was ineffective in any way.

Accordingly, **IT IS HEREBY ORDERED** that Kenneth Udoibok's Motion to Withdraw (Doc. No. 565) is **GRANTED**. Substitute counsel shall be appointed as soon as possible to continue the representation of Defendant before the Court.[1]

Date: April 7, 2021

           *s/ Becky R. Thorson*
           BECKY R. THORSON
           United States Magistrate Judge

---

[1] To the extent Defendant requests leave to file new motions, a ruling is deferred until substitute counsel has an opportunity to confer with Defendant.