# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

    Plaintiff,

v.                      **ORDER**
                        Criminal File No. 16-340 (MJD/BRT)

(4) OKWUCHUKWU EMMANUEL JIDOEFOR,

    Defendant.

David J. MacLaughlin and Chelsea A. Walcker, Assistant United States Attorneys, Counsel for Plaintiff.

James Ventura, Attorney at Law, Counsel for Defendant.

This matter is before the Court on Defendant's Motion to Withdraw as Counsel of Record. [Docket No. 577] Defense counsel James M. Ventura has a conflict of interest that has arisen. He has taken steps to attempt to ameliorate that conflict of interest; however, the parties involved have declined to waive the conflict. Therefore, counsel must withdraw from representation of Defendant Okwuchukwu Emmanuel Jidoefor. The Court finds that good cause exists to terminate representation and appoint substitute counsel unencumbered by a conflict of interest.

1

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

1. Defendant's Motion to Withdraw as Counsel of Record [Docket No. 577] is **GRANTED**.

2. The Office of the Federal Defender will promptly assign substitute counsel to continue the representation of Defendant before this Court.

Dated:  June 8, 2021               s/Michael J. Davis
                                   Michael J. Davis
                                   United States District Court