UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 16-340(4) MJD/BRT

United States of America,

        Plaintiff,

v.

Okwuchukwu Emmanuel Jidoefor,

        Defendant.

**ORDER FOR APPOINTMENT OF COUNSEL**

The Court has determined that the defendant in the above matter is financially unable to employ counsel and finds that it is in the interest of justice that counsel be assigned.

IT IS HEREBY ORDERED that Jordan Kushner, Attorney ID 219307, is appointed as counsel pursuant to 18 U.S.C. § 3006A.

Dated: June 22, 2021

s/Michael J. Davis
Honorable Michael J. Davis
United States District Court