UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

## AMENDED TRIAL NOTICE AND
## FINAL PRETRIAL ORDER

**USA v. Okwuchukwu Emmanuel Jidoefor (16-cr-340(4))** has been scheduled for trial before Judge Michael J. Davis. Trial and Jury selection will begin **Tuesday, June 21, 2022, at 9:00 a.m. in Courtroom 13E located in the Diana E. Murphy U.S. Courthouse, 300 South 4th Street, Minneapolis, Minnesota.** The parties may be notified if an earlier trial date becomes available.

### PRETRIAL CONFERENCE

A pretrial conference will be conducted by Judge Davis in **Courtroom 13E located in the Diana E. Murphy U.S. Courthouse, 300 South 4th Street, Minneapolis, Minnesota, on Thursday, June 16, 2022, at 1:00 p.m.** All attorneys who will try the case must attend.

### INSTRUCTIONS FOR ALL CASES

1. **Submitting Documents.** All documents must be filed electronically. Two courtesy copies of every document must be delivered to the chambers of Judge Davis. Judge Davis prefers those courtesy copies to be three-hole punched and unstapled (and, if warranted, appropriately tabbed). Trial briefs (in MS Word), witness lists, exhibit lists, proposed voir dire (in MS Word), proposed jury instructions (in MS Word), proposed verdict forms (in MS Word), and proposed orders on motions in limine (in MS Word), shall also be e-mailed to chambers email address at: davis_chambers@mnd.uscourts.gov.

2. **Trial Briefs.**

   a. Trial briefs shall be submitted by **Wednesday, June 1, 2022.**

   b. The Government shall send Chambers an electronic copy of their trial brief to the Chambers e-mail address. Defense counsel may respond with objections or suggested changes. Please make sure to send the document in MS Word and copy the Defense counsel on the e-mail.

3. **Exhibits.**

   a. By **Wednesday, May 25, 2022**, the parties must exchange lists of the exhibits that they intend to offer at trial and make those exhibits available to the other parties for examination and copying.

   b. By **Wednesday, June 1, 2022**, each party must file its exhibit list and provide two courtesy copies to the Court.

   c. Plaintiff must mark its first exhibit as "P-1" and number the others sequentially. Defendant must mark its first exhibit as "D-1" and do likewise. The case number must appear on each exhibit.

   d. Only exhibits that are identified on the exhibit list may be offered at trial, unless the omission is excused for good cause.

   e. Parties shall provide the Court with 2 binders of exhibits on the first day of trial. One binder is for the Judge; another is for the witness stand.

   f. Prior to deliberating, the parties shall provide the Court with final exhibit lists with all the admitted exhibits only. The list shall be filed and go back to the jury deliberation room to assist in reviewing the exhibits. The final exhibit list may not include contested descriptions of exhibits.

   g. Within 7 days after the trial, the parties must submit to the Court a disk or thumb drive containing copies of all exhibits that were admitted at trial.

4. **Witness Lists.**

   a. By **Wednesday, May 25, 2022**, the parties must exchange lists of the witnesses whom the parties intend to call at trial, as well as a brief description of the substance of the expected testimony of each witness. No person who is not identified on a party's witness list may testify at trial, unless the omission is excused for good cause.

   b. By **Wednesday, June 1, 2022**, each party must file its witness list (restricted) and provide two courtesy copies to the Court.

5. **Motions in Limine.**

   All motions in limine must be filed by **Wednesday, June 1, 2022**, and responses to all such motions must be filed by **Friday, June 3, 2022**. The parties must respond to all motions in limine.

6. **Proposed Voir Dire.**

   Proposed Voir Dire Questions shall be submitted on or before **Wednesday, June 1, 2022**. Proposed voir dire questions shall also be e-mailed to chambers e-mail box.

7. **Proposed Jury Instructions.**

   a. No later than **Wednesday, May 25, 2022**, the parties must exchange proposed jury instructions. The parties must then meet and confer and make every effort to resolve disagreements over those proposed instructions.

   c. Parties shall submit a set of jointly proposed jury instructions by **Wednesday, June 1, 2022**. A Word version of the proposed instructions must be emailed to Judge Davis's chambers.

      i. Each proposed instruction must be numbered, appear on a separate page, and identify supporting legal authority.

      ii. Any citation to a set of model jury instructions or a jury-instruction treatise must be to the current version of the cited source unless a party has good cause to cite an older version and explains why it is citing the older version.

8. **Proposed Special Verdict Form.**

   No later than **Wednesday, May 25, 2022**, the parties must exchange proposed special verdict forms. The parties must then meet and confer and make every effort to resolve disagreements over the proposed special verdict form. If the parties reach agreement, the proposed form must be filed by **Wednesday, June 1, 2022**. If they do not reach agreement, the parties must file their own proposed forms by **Wednesday, June 1, 2022.** A Word version of the proposed special verdict form must be emailed to Judge Davis's chambers.

9.   **Daily transcripts.**

   If any party intends to order daily transcripts of the trial, that party should contact Judge Davis's Courtroom Deputy, Gerri Rishel (612-664-5070), as soon as possible, so that she can make arrangements for court reporters to assist during the trial.


Dated:  May 16, 2022                                    s/Michael J. Davis
                                                        Judge Michael J. Davis
                                                        United States District Court