

Pol: PPNM0054553464  Claim: 280282-GC  Ins: Tayler Johnson  DoL: 10/25/2015  St: Closed  Adj: Jill Gulick
(Centralized NILC / FPM Group 6 Team 10)

Claim: 280282-GC

# Summary

### Basics

| | |
|---|---|
| Closed | 04/19/2017 (Open 388 days) |
| | V2 failed to yield to V1 at a stop sign |

### Financials

| | |
|---|---|
| Gross Incurred | $86,579.58 |
| Loss Paid | $83,787.02 |
| Expenses | $2,792.56 |
| Total Paid | $86,579.58 |
| Recovered | $175.00 |

### High-Risk Indicators



Litigation complete

Under investigation with SIU

Currently flagged

# Exposures

| # | Type | Coverage | Claimant | Adjuster | Chat | Automation | Group | Open Recovery Targets | Remaining Reserves | Future Payments | Loss Paid | Expenses | Total Paid | Recoveries |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PIP | PIP | Tayler Johnson | Jill Gulick | | | Centra NILC / FPM Group 6 Team 10 | - | - | | $12,028.02 | $1,314.00 | $13,342.02 | - |



GOVERNMENT EXHIBIT
1
16-CR-340

Claim: 280282-GC

Pol: PPNM0054553464 Claim: 280282-GC Ins: Tayler Johnson DoL: 10/25/2015 St: Closed Adj: Jill Gulick (Centralized NILC / FPM Group 6 Team 10)

| # | Type | Coverage | Claimant | Adjuster | Chat | Automation | Group | Open Recovery Targets | Remaining Reserves | Future Payments | Loss Paid | Expenses | Total Paid | Recoveries |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | PIP | PIP | Charles Oliver | Jill Gulick | | | Central NILC / FPM Group 6 Team 10 | - | - | | $17,884.56 | - | $17,884.56 | - |
| 3 | PIP | PIP | Donald Washington | Jill Gulick | | | Central NILC / FPM Group 6 Team 10 | - | - | | $14,634.62 | $1,475.30 | $16,109.92 | - |
| 4 | Vehicle | Collision | Tayler Johnson | David Steiner | | | Claims MD Central Service Group 6 Team 4 | $175.00 | - | -$3,758.60 | $3.26 | $3,761.86 | - |
| 5 | Vehicle | Rental | Tayler Johnson | David Steiner | | | Claims MD Central Service Group 6 Team 4 | - | - | - | $481.22 | - | $481.22 | - |
| 6 | Bodily Injury | Uninsured - Bodily Injury | Tayler Johnson | Haley M | | | WRO Claims Casualty | - | - | | $10,000.00 | - | $10,000.00 | - |

User: Derek Crum                                Page 2                                Jun 1, 2022 9:44 AM

Claim: 280282-GC

Pol: PPNM0054553464  Claim: 280282-GC  Ins: Tayler Johnson  DoL: 10/25/2015  St: Closed  Adj: Jill Gulick (Centralized NILC / FPM Group 6 Team 10)

| | # | Type | Coverage | Claimant | Adjuster | Chat | Automation | Group | Open Recovery Targets | Remaining Reserves | Future Payments | Loss Paid | Expenses | Total Paid | Recoveries |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Crawford - IIQ | | | Group 3 Team 2 | | | | | | | |
| 🚫 | 7 | Bodily Injury | Uninsured - Bodily Injury | Charles Oliver | Haley M Crawford - IIQ | 💬 | | WRO Claims Casualty Group 3 Team 2 | - | - | | $12,500.00 | - | $12,500.00 | - |
| 🚫 | 8 | Bodily Injury | Uninsured - Bodily Injury | Donald Washington | Haley M Crawford - IIQ | 💬 | | WRO Claims Casualty Group 3 Team 2 | - | - | | $12,500.00 | - | $12,500.00 | - |

## Loss Details

| | |
|---|---|
| Loss Date | 10/25/2015 9:00 PM |
| Approximate Date | No |
| Approximate Time | Yes |
| Notice Date | 10/25/2015 |
| Loss Location | 33rd St, Minneapolis, MN 55401 |
| Description | V2 failed to yield to V1 at a stop sign |